UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ANTHONY W. HIGGINBOTHAM,<br><br>    Plaintiff,<br><br>  v.<br><br>WARDEN BRIAN DUFFY,<br><br>    Defendant.                       / | No. C 14-2937 NJV (PR)<br><br>**ORDER OF TRANSFER** |

This is a civil rights case brought pro se by a state prisoner. Plaintiff alleges that he has been improperly classified at California Medical Facility which has interfered with his housing and custody status. The sole defendant in this case is the warden of California Medical Facility and that institution lies within the venue of the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: July 17, 2014.

NANDOR J. VADAS
United States Magistrate Judge

G:\PRO-SE\NJV\CR.14\Higginbotham2937.trn

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ANTHONY W. HIGGINBOTHAM

    Plaintiff,

v.

WARDEN BRIAN DUFFY,

    Defendant.

                                     /

No.1:14-CV- 2937  NJV

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 17, 2014, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Anthony W. Higginbotham
G-00021
CALIFORNIA CITY
CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 3001-0001
CALIFORNIA CITY, CA 93504


                              /s/   *Linn Van Meter*
                                Linn Van Meter
                        Administrative Law Clerk to the
                          Honorable Nandor J. Vadas

**United States District Court**
For the Northern District of California