1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY W. HIGGINBOTHAM,                    No.  2:14-cv-1702 CKD P

12              Plaintiff,

13        v.                                     ORDER AND

14   BRYAN DUFFY,                                FINDINGS AND RECOMMENDATIONS

15              Defendant.

16

17        Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, who seeks relief

18   pursuant to 42 U.S.C. § 1983.  On January 9, 2015, plaintiff's complaint was dismissed with

19   thirty days' leave to amend.  (ECF No. 8.)  Plaintiff has filed an amended complaint, now before

20   the court.  (ECF No. 11.)

21        The court is required to screen complaints brought by prisoners seeking relief against a

22   governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The

23   court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally

24   "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek

25   monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1), (2).

26        Having reviewed the amended complaint, the undersigned concludes that it fails to cure

27   the defects of the original complaint as discussed in the January 9, 2015 screening order.  See

28   Garrett v. Perez, 2014 WL 6610506, *4 (E.D. Cal. Nov. 20, 2014) ("Although the ['R suffix']

                                            1

1  designation may be stigmatizing for inmates, the designation is nevertheless merely an

2  administrative prison custody classification, and the mere reputational stain of an 'R' suffix does

3  not impose 'atypical and significant hardship on the incident in relation to the ordinary incidents

4  of prison life.'" (quoting Wilkinson v. Austin, 545 U.S. 209, 223 (2005)) (collecting cases).

5         Because it appears that another round of amendment would be futile, the undersigned will

6  recommend dismissal of this action.

7         Accordingly, IT IS HEREBY ORDERED that the Clerk of Court assign a district judge to

8  this action.

9         IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice for failure

10  to state a claim.

11         These findings and recommendations are submitted to the United States District Judge

12  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

13  after being served with these findings and recommendations, plaintiff may file written objections

14  with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

15  and Recommendations."  Plaintiff is advised that failure to file objections within the specified

16  time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

17  (9th Cir. 1991).

18  Dated:  March 4, 2015

19                                          _____
                                            CAROLYN K. DELANEY
20                                          UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25  2 / litt1964.fac

26

27

28

                                            2